UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**MSP RECOVERY CLAIMS, SERIES LLC,**
*a Delaware limited liability company*, **and
SERIES 16-08-483,** *a series of
MSP Recovery Claims, Series LLC*,
                  Plaintiffs,

        vs.                                            6:19-CV-00211 (MAD/TWD)

**NEW YORK CENTRAL MUTUAL FIRE
INSURANCE COMPANY,** *a New York
corporation*,
                  Defendant.

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Defendant's Motion to Dismiss (Dkt. No. 26-5) is **GRANTED**; and the Court further **ORDERS** that the Complaint (Dkt. No. 1) is **DISMISSED without prejudice**; and the Court further **ORDERS** that the Clerk of the Court shall enter judgment in Defendant's favor and close this case, all of the above pursuant to the Memorandum-Decision and Order of the Honorable Judge Mae A. D'Agostino, dated the 5th day of September, 2019.

DATED: September 5, 2019

*[signature]*
Clerk of Court

                                          s/Britney Norton
                                          Britney Norton
                                          Deputy Clerk